NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000047
25-APR-2011
09:53 AM

NO. CAAP-10-0000047

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DE MONT R.D. CONNER, Petitioner-Appellant

v.

HAWAII PAROLING AUTHORITY, ET AL., Respondents-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 06-1-0021 (CR. NOS. 59456, 59458,
59460, 60121, and 85-0110))

ORDER DISMISSING APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Notice of Withdrawal of Appeal filed by Petitioner-Appellant De Mont R. D. Conner, the papers in support, and the records and files herein, it appears that: (1) on September 26, 2010, Appellant filed a notice of appeal from the Findings of Fact, Conclusions of Law and Order issued by the Circuit Court of the First Circuit in a post-conviction proceeding; (2) on March 18, 2011, Appellant filed this notice of withdrawal of appeal stating that he has been released on parole and was withdrawing his appeal.

Therefore, IT IS HEREBY ORDERED that the notice of withdrawal of appeal is approved, and this appeal is dismissed.

DATED: Honolulu, Hawaiʻi, April 25, 2011.

De Mont R. D. Conner,
Petitioner-Appellant Pro Se,
on the motion.

Chief Judge

Associate Judge

Associate Judge

-2-